**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-6240**

———————————

EHYIN MOHAMOD YOUSSEF,

Plaintiff - Appellant,

versus

JERRY MONETT; MAJOR BUNDY; CAPTAIN BROWN,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Malcolm J. Howard, District Judge.  (CA-95-93-5-CT-H)

———————————

Submitted:  May 16, 1996             Decided:  June 5, 1996

———————————

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Ehyin Mohamod Youssef, Appellant Pro Se.  Trawick Hamilton Stubbs, Jr., James M. Ayers, II, STUBBS, PERDUE & WHEELER, New Bern, North Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Youssef v. Monett, No. CA-95-93-5-CT-H (E.D.N.C. Feb. 1, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED